IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DAVID ANTHONY MCKEOWN,<br><br>Plaintiff,<br>vs.<br>DAVID RUSSELL, Captain, Platte County Detention Center, et al.,<br><br>Defendant. | Case No. 1:20-CV-00152-SWS |

## ORDER OF DISMISSAL

Summary judgment was granted in the above-captioned matter to Defendant, David Russell, on April 28, 2023. (ECF No. 75.) There has been no indication that the additional defendants named in the Amended Complaint were served, pursuant to the Federal Rules of Civil Procedure, Rule 4. This Court previously ordered Plaintiff to provide proof of service, or otherwise demonstrate good cause for his failure to serve the remaining defendants, on or before May 30, 2023, or his claims against the remaining defendants in this matter will be dismissed without prejudice. (ECF No. 76.)

Today is June 5, 2023. The day of May 30, 2023 has since passed. Plaintiff has not provided proof of service or otherwise demonstrated good cause for his failure to serve the remaining defendants. The Court has not received any submission from Plaintiff.

Accordingly, pursuant to Rule 4(m), **IT IS THEREFORE ORDERED** that all remaining defendants are **DISMISSED**.

**SO ORDERED.**

Dated this 5th day of June, 2023.

Scott W. Skavdahl
United States District Judge