# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED

**Margaret Botkins**
**Clerk of Court**

10:03 am, 6/7/23

DAVID ANTHONY McKEOWN,

                Plaintiff

vs                                             Case Number: 20-CV-152-SWS

DAVID RUSSELL, Captain, Platte County Detention Center, et al.,

                Defendants

## JUDGMENT IN A CIVIL ACTION

Pursuant to the the Order Granting Defendant Clyde Harris' Motion to Dismiss (Doc. 32), entered February 11, 2022, the Order Granting Defendant David Russell's Motion for Summary Judgment (Doc. 75), entered May 24, 2023, and the Order of Dismissal, entered June 5, 2023, all of which are fully incorporated by this reference,

IT IS HEREBY ORDERED that final judgment is entered in Defendants' favor in accordance with those orders and this action is DISMISSED.

Dated this 7th day of June, 2023.

                                      Margaret Botkins
                                      Clerk of Court

                                      By Kim Blonigen
                                      Deputy Clerk